# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. _____2480_____ & TITLE - IN RE:  DigiMedia Holdings Group, LLC Patent Litigat
_____

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Mission Abstract Data d/b/a DigiMedia v. Beasley Broadcasting et al., Case No. 11-cv-176 (D. Del.)
_____

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____the Beasley Defendants (see atta_____, (attach list if necessary) certifies that this party is a non-governmental corporate party and that:

☑  This party's parent corporation(s) are listed below:

See Attached.

☐  The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☐  This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

| | |
|---|---|
| /w/ William E. Bradley | Roylance, Abrams, Berdo & Goodman LLP |
| _____ | _____ |
| Signature of Attorney | Name of Firm |
| 1300 19th St. NW, Ste. 600 | Washington, DC 20036 |
| _____ | _____ |
| Address | City/State/Zip Code |
| Date  August 9, 2013 | |

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

**BEFORE THE UNITED STATES JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| **In re** DigiMedia Holdings Group, LLC, | : | MDL-2480 |
| Patent Litigation | : | |
| | : | |
| | : | |

**CORPORATE DISCLOSURE STATEMENT**
**(FOR THE BEASLEY ENTITIES IN CIVIL ACTION NO. 11-CV-176 (D. DEL.))**

Beasley Broadcast Group, Inc., Beasley Broadcasting of Greenville, Inc., Beasley
Broadcasting of Southwest Florida, Inc., Beasley FM Acquisition Corp., and
Beasley Radio, Inc. (collectively "Beasley Defendants"), by and through their
undersigned counsel, hereby certify that Defendant Beasley Broadcast Group,
Inc. is a publicly-traded company and no publicly held corporation owns more
than 10% of its stock.  Defendant Beasley Broadcast Group is the indirect parent
of Defendants Beasley Broadcasting of Southwest Florida, Inc., Defendant
Beasley FM Acquisition Corp., and Beasley Radio, Inc., which are 100% owned
by Beasley Mezzanine Holdings, LLC, which in turn is 100% owned by
Defendant Beasley Broadcast Group, Inc.


By: /s/ William E. Bradley
William E. Bradley
ROYLANCE, ABRAMS, BERDO
& GOODMAN, L.L.P.
1300 19th Street, N.W. Suite 600
Washington, DC 20036-1649
Phone: 202-659-9076
Fax: 202-659-9344
Email: wbradley@roylance.com